ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO HERNANDEZ RODRIGUEZ, | Case No.:   1:26-cv-03741-DJC-CKD |
| Petitioner, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME** |
| WARDEN, | |
| Respondent. | |

ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME

Respondent respectfully requests an extension of time through and including Wednesday, May 27, 2026, to respond to the motion for a TRO and petition for writ of habeas corpus. Upon an initial review, Petitioner appears to have a criminal conviction that may be relevant to the merits of the request for relief. Respondent requests additional time obtain relevant records, review those records, and prepare their response.

Date:  May 22, 2026

ERIC GRANT
United States Attorney

By: */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated:  May 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME